# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2023

January 5, 2023

**VIA CM/ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 24A
New York, NY 10007

1/5/2023

Conference re-scheduled to
2/23/2023 @ 10:15 AM.

Colleen McMahon

Re:   Reyes v. Fiaschetteria Ltd., et al.
      Case 1:22-cv-08405-CM

Dear Judge McMahon:   **MEMO ENDORSED**

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled 1/19/2023 at 10:00 AM., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference from the date of the Conference is hereby respectfully requested to a date in mid to end of February that is most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com