**Fischman & Fischman**
ATTORNEYS AT LAW
2166 Broadway, Suite 6D
New York, New York 10024
(212) 274-0555
Facsimile (212) 274-0603

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

MEMO ENDORSED

LON PAUL FISCHMAN
DOREEN J. FISCHMAN

April 25, 2023

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: MARIO J. REYES, v. FIASCHETTERIA LTD., DAVID 647 LLC, et al
Case No.: 1:22-cv-8405-CM

*Conference adjourned to 6/8/2023 at 10:00 Am.*
*[signature] Colleen McMahon*
*4/25/2023*

Dear Judge Colleen McMahon,

The undersigned represents Defendant DAVID 647 LLC in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for April 27, 2023, at 10:00 a.m., in your Honor's Courtroom.

The Defendant Fiaschetteria (tenant), represented by Jason Browne, Esq. has just filed an Answer (Doc. No. 21) on April 24, 2023.

Now that the tenant has interposed an Answer the parties have begun settlement discussions and it is respectfully requested that the Conference be adjourned for at least 30 days to provide an opportunity for the parties to attempt to resolve this matter.

Both Jason Browne, Esq. and B. Bradley Weitz have consented to this one month request and both have consented to the filing of this motion.

Thank you for your consideration of this first adjournment request.

Very truly yours

Fischman & Fischman
By: /s/ Doreen J. Fischman (2362)
ATTORNEYS FOR DEFENDANT
DAVID 647 LLC