# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 4, 2023

**VIA CM/ECF**
Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 24A
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/5/2023

*[Handwritten: 6/5/2023  Adjourned to July 6, 2023 at 10:00AM  /s/ Colleen McMahon]*

      **Re:**    **Reyes v. Fiaschetteria Ltd., et al.**
             **Case 1:22-cv-08405-CM**

Dear Judge McMahon:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 8, 2023 at 10:00 a.m., in your Honor's Courtroom. However, the undersigned has a conflict regarding a Settlement Conference the same day and hour with matter, *Norris v. The Leather Man Inc.*, Case 1:22-cv-07969-JPC, of the U.S.D.C. of the Southern District of New York, with Magistrate Judge Robert W. Lehrburger. In forwarding alternate times to the opposing counsels in this case, it was not feasible for all the parties to be able to change to a time, for all the parties to appear in the instant case, on the day of the Conference.

    Therefore, Plaintiff and the Defendants respectfully request an adjournment of the current Initial Pretrial Conference, scheduled in this matter, to a date possible for all the parties to attend. Thereupon, all the parties are available on June 27th and/or June 28th to attend an Initial Pretrial Conference in this case.

    The undersigned counsel has conferred with the opposing counsel, who have consented and agreed to the filing of this motion. Thank you for your consideration of this second adjournment request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                B. Bradley Weitz, Esq. (BW 9365)
                                THE WEITZ LAW FIRM, P.A.
                                Attorney for Plaintiff
                                Bank of America Building
                                18305 Biscayne Blvd., Suite 214
                                Aventura, Florida 33160
                                Telephone: (305) 949-7777
                                Facsimile: (305) 704-3877
                                Email: bbw@weitzfirm.com